IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-109-D

| | | |
|---|---|---|
| CHRISTOPHER E. BUCKNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED PARCEL SERVICE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

On March 18, 2019, United Parcel Service, Inc. ("UPS" or "defendant") moved for a more definite statement [D.E. 2]. Christopher E. Buckner ("Buckner") did not respond.

The court GRANTS the motion [D.E. 2]. Buckner shall file an amended complaint not later than May 20, 2019, setting forth the specific claim that he is making, who at UPS allegedly retaliated against him, the date that retaliation occurred, how that retaliation occurred, why he alleges that the retaliation occurred, and the statute allegedly violated.

SO ORDERED. This 1 day of May 2019.

                                                              JAMES C. DEVER III
                                                              United States District Judge