UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CHRISTOPHER EUGENE BUCKNER, )
)
               Plaintiff, )
) **JUDGMENT IN A**
) **CIVIL CASE**
v. ) **CASE NO. 5:19-CV-109-D**
)
UNITED PARCEL SERVICE INC., )
)
               Defendant. )

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS UPS's motion to dismiss [D.E. 26] and DISMISSES with prejudice Buckner's amended complaint [D.E. 16].

**This Judgment Filed and Entered on December 11, 2019, and Copies To:**

| | |
|---|---|
| Christopher Eugene Buckner | (Sent to 4732 Banview Ln Apex, NC 27539 via US Mail) |
| David W. Long-Daniels | (via CM/ECF electronic notification) |
| Angela F. Ramson | (via CM/ECF electronic notification) |
| Eleanor A. Kolton | (via CM/ECF electronic notification) |

DATE:                                         PETER A. MOORE, JR., CLERK

December 11, 2019                 (By) /s/ Nicole Sellers

                                                            Deputy Clerk